**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.**     1:21-mj-02382-Becerra

**UNITED STATES OF AMERICA**

**v.**

**SALOMON ANTONIO MIRANDA,**
**CESAR QUIROS SANDOVAL,**
**DOLNIER DAVID GUIDO MARTINEZ,**
**and CARLOS ANDRES NOSQUERA,**

      **Defendants,**

_____/

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?        ___Yes _X_ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes _X_ No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes _X_ No

                                    Respectfully submitted,

                                    ARIANA FAJARDO ORSHAN
                                    UNITED STATES ATTORNEY

               By:   _____
                                    Frederic C. Shadley
                                    Assistant United States Attorney
                                    Court ID No. A5502298
                                    11200 N.W. 20th Street
                                    Miami, Florida 33172
                                    (305) 715-7649
                                    (305) 715-7639 (fax)
                                    Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 1:21-mj-02382-Becerra |
| SALOMON ANTONIO MIRANDA, | ) | |
| CESAR QUIROS SANDOVAL, | ) | |
| DOLNIER DAVID GUIDO MARTINEZ, | ) | |
| and CARLOS ANDRES NOSQUERA, | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___February 21, 2021___ , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States. the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine, and 1,000 or more kilograms of marijuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

CGIS Special Agent Javiel Gonzalez
*Printed name and title*

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by  Telephone

Date:  3/2/2021

_____
*Judge's signature*

City and state:   Miami, Florida

Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1.      I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of nine years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2.      This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against Salomon Antonio MIRANDA, Cesar QUIROS SANDOVAL, Dolnier David GUIDO MARTINEZ, and Carlos Andres NOSQUERA for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine, and 1,000 kilograms or more of marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3.      On or about February 21, 2021, while on routine patrol, a United States Marine Patrol Aircraft (MPA) detected a go fast vessel ("GFV") approximately 125 nautical miles

northeast of Malpelo Island, Colombia, in international waters. United States Coast Guard Cutter (USCGC) MUNRO received authorization to board the GFV based on the fact the GFV was reasonably suspected of being without nationality, displayed no indicia of nationality, and had a large amount of packages on deck while operating in a known drug trafficking area.

4.      USCGC MUNRO launched their Small Unmanned Aircraft System (sUAS) which located and observed the GFV.  The sUAS confirmed the presence of packages on the GFV. USCGC MUNRO launched two Over the Horizon boats (OTHs) for intercept and a full law enforcement boarding was authorized. The boarding team observed packages onboard the GFV in plain view. The USCG boarding team found four individuals on the GFV, who were identified as Salomon Antonio MIRANDA, Cesar QUIROS SANDOVAL, Dolnier David GUIDO MARTINEZ, and Carlos Andres NOSQUERA. A check of the GFV yielded no physical flag flown, no registration documents, no registration number painted on the hull, no homeport painted on the hull, no name on the hull, no other markings painted on the hull, no claimed master, and no claim of nationality for the vessel. Based on the investigation to that point, the USCG was authorized to treat the GFV as a vessel without nationality.

5.      The GFV boarding team recovered 15 bales of cocaine, weighing approximately 450 kilograms, and 41 bales of marijuana, weighing approximately 2,870 pounds (or approximately 1,301 kilograms) on board the GFV. A sample of those bales field tested positive for cocaine and marijuana, respectively.

6.      The U.S. Coast Guard subsequently detained all four individuals who were on board the GFV. One is a Nicaraguan national, two are Costa Rican nationals, and the last one is a Colombian national. All four individuals are currently en-route to the Southern District of Florida.

2

They are expected to arrive in the Southern District of Florida on or about March 4, 2021. At that point, they will be transferred to the custody of United States law enforcement.

7.      Based on the foregoing facts, I submit that probable cause exists to believe that Salomon Antonio MIRANDA, Cesar QUIROS SANDOVAL, Dolnier David GUIDO MARTINEZ, and Carlos Andres NOSQUERA, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute 5 kilograms or more of cocaine, and 1,000 kilograms or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by _Telephone_

This _2nd_ day of March 2021.

Hon. Jacqueline Becerra
U.S. Magistrate Judge

3